AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RUPESHKUMAR C. CHAKKINGAL,
1401 Red Hawk Circle, Apt. #I-301
Fremont, CA 94538

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL B. MUKASEY, U.S. Attorney General, and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, and EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services, and F. GERARD HEINAUER, Director of the USCIS Nebraska Service Center

Case: 1:08-cv-00637
Assigned To : Leon, Richard J.
Assign. Date : 4/11/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

CIVIL PROCESS CLERK
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                           APR 1 1 2008
CLERK                                              DATE

*(signature)*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  April 18, 2008 |
| NAME OF SERVER (PRINT)  Brian S. Green | TITLE  Attorney |

Check one box below to indicate appropriate method of service

    G   Served personally upon the defendant. Place where served: _____

    G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

          Name of person with whom the summons and complaint were left: _____

    G   Returned unexecuted:     Federal Express Delivery

    G   Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 18, 2008         *[signature]*
              Date               Signature of Server

Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

              Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Brian Green

| | |
|---|---|
| From: | TrackingUpdates@fedex.com |
| Sent: | Friday, April 18, 2008 11:41 AM |
| To: | Brian Green |
| Subject: | FedEx Shipment 952639407427 Delivered |

This tracking update has been requested by:

Company Name:           LAW OFFICE OF SHEELA MURTHY
Name:                   ATTORNEY -BRIAN GREEN
E-mail:                 BRIANG@MURTHY.COM

Our records indicate that the following shipment has been delivered:

Reference:                      08-0633S BG/BA
Ship (P/U) date:                Apr 17, 2008
Delivery date:                  Apr 18, 2008 11:38 AM
Sign for by:                    S.ROBINSON
Delivered to:                   Mailroom
Service type:                   FedEx Standard Overnight
Packaging type:                 FedEx Envelope
Number of pieces:               1
Weight:                         0.50 lb.
Special handling/Services:      Deliver Weekday

Tracking number:                952639407427

Shipper Information                  Recipient Information
ATTORNEY -BRIAN GREEN                CIVIL PROCESS CLERK
LAW OFFICE OF SHEELA MURTHY          U.S. ATTORNEY'S OFFICE;555 4TH
10451 MILL RUN CIRCLE;STE. 100       STREET, N.W.
OWINGS MILLS                         WASHINGTON
MD                                   DC
US                                   US
21117                                20530

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 10:41 AM CDT
on 04/18/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the

4/18/2008