AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RUPESHKUMAR C. CHAKKINGAL,
1401 Red Hawk Circle, Apt. #I-301
Fremont, CA  94538

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL B. MUKASEY, U.S. Attorney General, and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, and EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services, and F. GERARD HEINAUER, Director of the USCIS Nebraska Service Center

CASE N

Case: 1:08-cv-00637
Assigned To : Leon, Richard J.
Assign. Date : 4/11/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

EMILIO T. GONZALEZ, Director
U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
20 Massachusetts Avenue, N.W.
Washington, DC  20529

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD  21117

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

APR 1 1 2008

CLERK

DATE

*(signature)*

(BY) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE April 18, 2008 |
| NAME OF SERVER *(PRINT)* Brian S. Green | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____ Federal Express Delivery _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 18, 2008          *[signature]*
              Date                   Signature of Server

Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Brian Green

| | |
|---|---|
| From: | TrackingUpdates@fedex.com |
| Sent: | Friday, April 18, 2008 1:39 PM |
| To: | Brian Green |
| Subject: | FedEx Shipment 952639407450 Delivered |

This tracking update has been requested by:

Company Name:     LAW OFFICE OF SHEELA MURTHY
Name:             ATTORNEY -BRIAN GREEN
E-mail:           BRIANG@MURTHY.COM


Our records indicate that the following shipment has been delivered:

Reference:                      08-0633S BG/BA
Ship (P/U) date:                Apr 17, 2008
Delivery date:                  Apr 18, 2008 1:34 PM
Sign for by:                    G.EADIE
Delivered to:                   Receptionist/Front Desk
Service type:                   FedEx Standard Overnight
Packaging type:                 FedEx Envelope
Number of pieces:               1
Weight:                         0.50 lb.
Special handling/Services:      Deliver Weekday

Tracking number:                952639407450


Shipper Information                     Recipient Information
ATTORNEY -BRIAN GREEN                   DR. EMILIO T. GONZALEZ;
LAW OFFICE OF SHEELA MURTHY             DIRECTOR
10451 MILL RUN CIRCLE;STE. 100          U.S. CITIZENSHIP & IMMIGRATION
OWINGS MILLS                            SERV
MD                                      U.S. DEPT OF HOMELAND
US                                      SECURITY;20 MASSACHUSETTS
21117                                   AVENUE, N.W.
                                        WASHINGTON
                                        DC
                                        US
                                        20529


Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 12:39 PM CDT
on 04/18/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.


4/18/2008