AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the 4/29/08 order made by me[1] | April 30, 2008 |
| NAME OF SERVER (PRINT) | TITLE |
| Brian S. Green | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Federal Express Delivery _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/30/08
          Date              Signature of Server

Murthy Law Firm
10451 Mill Run Circle Suite 100
Owings Mills, MD 21117

*Address of Server*

___
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Debbie Meekins

**From:** TrackingUpdates@fedex.com
**Sent:** Wednesday, April 30, 2008 9:47 AM
**To:** Debbie Meekins
**Subject:** FedEx Shipment 952639409202 Delivered

This tracking update has been requested by:

Company Name:           LAW OFFICE OF SHEELA MURTHY
Name:                   ATTORNEY -BRIAN GREEN
E-mail:                 BRIANG@MURTHY.COM

Our records indicate that the following shipment has been delivered:

Reference:                      08-0633BG
Ship (P/U) date:                Apr 29, 2008
Delivery date:                  Apr 30, 2008 9:34 AM
Sign for by:                    M.PARRIS
Delivered to:                   Shipping/Receiving
Service type:                   FedEx Standard Overnight
Packaging type:                 FedEx Envelope
Number of pieces:               1
Weight:                         0.50 lb.
Special handling/Services:      Residential Delivery
                                Deliver Weekday

Tracking number:                952639409202

Shipper Information              Recipient Information
ATTORNEY -BRIAN GREEN            MICHAEL B MUKASEY
LAW OFFICE OF SHEELA MURTHY      ATTORNEY GENERAL OF THE US
10451 MILL RUN CIRCLE;STE. 100   US DEPARTMENT OF JUSTICE;950
OWINGS MILLS                     PENNSYLVANIA, N.W.
MD                               WASHINGTON
US                               DC
21117                            US
                                 20530

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:46 AM CDT on 04/30/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.