AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the 4/29/08 order made by me[(1)] | April 30, 2008 |
| NAME OF SERVER (PRINT) Brian S. Green | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): __Federal Express Delivery__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/30/08
                    Date

Signature of Server

Murthy Law Firm
10451 Mill Run Circle Suite 100
Owings Mills, MD 21117

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Debbie Meekins**

From: TrackingUpdates@fedex.com
Sent: Wednesday, April 30, 2008 11:22 AM
To: Debbie Meekins
Subject: FedEx Shipment 952639409224 Delivered

This tracking update has been requested by:

Company Name:       LAW OFFICE OF SHEELA MURTHY
Name:               ATTORNEY -BRIAN GREEN
E-mail:             BRIANG@MURTHY.COM

Our records indicate that the following shipment has been delivered:

Reference:                      08-0633BG
Ship (P/U) date:                Apr 29, 2008
Delivery date:                  Apr 30, 2008 11:16 AM
Sign for by:                    A.REID
Delivered to:                   Mailroom
Service type:                   FedEx Standard Overnight
Packaging type:                 FedEx Envelope
Number of pieces:               1
Weight:                         0.50 lb.
Special handling/Services:      Deliver Weekday

Tracking number:                952639409224

Shipper Information                 Recipient Information
ATTORNEY -BRIAN GREEN               CIVIL PROCESS CLERK
LAW OFFICE OF SHEELA MURTHY         U.S. ATTORNEY'S OFFICE;555 4TH
10451 MILL RUN CIRCLE;STE. 100      STREET, N.W.
OWINGS MILLS                        WASHINGTON
MD                                  DC
US                                  US
21117                               20530

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 10:21 AM CDT
on 04/30/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the

4/30/2008