AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the 4/29/08 order made by me<sup>(1)</sup> | April 30, 2008 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Brian S. Green | Attorney |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

G  Other (specify):  Federal Express Delivery _____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/30/08
            Date

*Signature of Server*

Murthy Law Firm
10451 Mill Run Circle Suite 100
Owings Mills, MD 21117

*Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Debbie Meekins

**From:** TrackingUpdates@fedex.com
**Sent:** Wednesday, April 30, 2008 1:26 PM
**To:** Debbie Meekins
**Subject:** FedEx Shipment 952639409187 Delivered

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | LAW OFFICE OF SHEELA MURTHY |
| Name: | ATTORNEY -BRIAN GREEN |
| E-mail: | BRIANG@MURTHY.COM |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 08-0633BG |
| Ship (P/U) date: | Apr 29, 2008 |
| Delivery date: | Apr 30, 2008 9:29 AM |
| Sign for by: | T.CHASE |
| Delivered to: | FedEx Location |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Hold At FedEx Location |
| Tracking number: | 952639409187 |

Shipper Information
ATTORNEY -BRIAN GREEN
LAW OFFICE OF SHEELA MURTHY
10451 MILL RUN CIRCLE;STE. 100
OWINGS MILLS
MD
US
21117

Recipient Information
ROBERT S MUELLER III DIR.
FEDERAL BUREAU OF INVESTIGATIONS
J. EDGAR HOOVER BUILDING;935 PENNSYLVANIA AVENUE
WASHINGTON
DC
US
205350001

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:25 PM CDT on 04/30/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.