AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the 4/29/08 order made by me[(1)] | April 30, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Brian S. Green | Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  Federal Express Delivery

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/30/08
             Date                    Signature of Server

Murthy Law Firm
10451 Mill Run Circle Suite 100
Owings Mills, MD 21117

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Debbie Meekins**

From: TrackingUpdates@fedex.com
Sent: Wednesday, April 30, 2008 12:30 PM
To: Debbie Meekins
Subject: FedEx Shipment 952639409154 Delivered

This tracking update has been requested by:

Company Name:     LAW OFFICE OF SHEELA MURTHY
Name:             ATTORNEY -BRIAN GREEN
E-mail:           BRIANG@MURTHY.COM

Our records indicate that the following shipment has been delivered:

Reference:                    08-0633BG
Ship (P/U) date:              Apr 29, 2008
Delivery date:                Apr 30, 2008 12:24 PM
Sign for by:                  G.EADIE
Delivered to:                 Receptionist/Front Desk
Service type:                 FedEx Standard Overnight
Packaging type:               FedEx Envelope
Number of pieces:             1
Weight:                       0.50 lb.
Special handling/Services:    Deliver Weekday

Tracking number:              952639409154

Shipper Information                    Recipient Information
ATTORNEY -BRIAN GREEN                  DR. EMILIO T. GONZALEZ;
LAW OFFICE OF SHEELA MURTHY            DIRECTOR
10451 MILL RUN CIRCLE;STE. 100         U.S. CITIZENSHIP & IMMIGRATION
OWINGS MILLS                           SERV
MD                                     U.S. DEPT OF HOMELAND
US                                     SECURITY;20 MASSACHUSETTS
21117                                  AVENUE, N.W.
                                       WASHINGTON
                                       DC
                                       US
                                       20529

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 11:30 AM CDT
on 04/30/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

4/30/2008