UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUPESHKUMAR C. CHAKKINGAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0637 (RJL) |
| ) | |
| MICHAEL B. MUKASEY, Attorney General, ) | |
| U.S. Department of Justice, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the parties respectfully move, by and through their undersigned counsel, for an enlargement of time for Defendants to respond to the Complaint filed in the above entitled action. Specifically, the parties request that the Court extend Defendants' deadline for responding to the Complaint from June 17, 2008, to July 17, 2008 -- a one month extension of time. The grounds for this Motion are set forth below.

This case concerns a mandamus claim brought by Plaintiff seeking to compel Defendants to adjudicate Plaintiff's I-485 immigration application for an adjustment of status. The U.S. Attorney's Office was served with the Complaint on April 18, 2008. Promptly after the U.S. Attorney's Office was served, defense counsel contacted the United States Citizenship and Immigration Services ("USCIS"), which is allegedly responsible for adjudicating immigration applications, regarding Plaintiff's application. A short time ago, USCIS provided defense counsel a notice stating that Plaintiff's I-485 application was approved. Thereafter, defense counsel forwarded the approval notice to Plaintiff's counsel. Upon receipt of such notice, Plaintiff's counsel informed defense counsel that Plaintiff would voluntarily dismiss this case

once Plaintiff receives his new green card, an event which stems from approval of his I-485 application.

Accordingly, the parties seek an extension of time for Defendants to respond to the Complaint, as it appears that this action will soon be voluntarily dismissed by Plaintiff, thereby eliminating the need for any response to the Complaint or further litigation in this action. This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents the parties' first request for an extension of this deadline and, in total, their first request for an extension in this action. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension. Allowing the parties a reasonable amount of additional time to informally resolve this dispute serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, the parties respectfully request that the time for responding to the Complaint be extended to, and including, July 17, 2008. A proposed order is attached.

Dated: June 16, 2008
         Washington, DC

Respectfully submitted,

/s/
ARON A. FINKELSTEIN, D.C. BAR #25560
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117
(410) 356-5440

*Attorney for Plaintiff*

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUPESHKUMAR C. CHAKKINGAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0637 (RJL) |
| ) | |
| MICHAEL B. MUKASEY, Attorney General, ) | |
| U.S. Department of Justice, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' first joint motion for an enlargement of time for Defendants to respond to the Complaint in this action, and for good cause shown, it is hereby:

ORDERED that the parties' joint motion is GRANTED, and it is further

ORDERED that Defendants shall have through, and including, July 17, 2008, to respond to the Complaint in this action.

_____                                 _____
Date                                                              RICHARD J. LEON
                                                                       United States District Judge

Copies to Counsel of Record by CM/ECF.