UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUPESHKUMAR C. CHAKKINGAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0637 (RJL) |
| ) | |
| MICHAEL B. MUKASEY, Attorney General, ) | |
| U.S. Department of Justice, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties to the above-entitled action hereby stipulate to dismiss this action against all Defendants with prejudice, with each party to bear its own costs and fees.

Dated: July 1, 2008
       Washington, DC

Respectfully submitted,


  /s/
_____          _____
ARON A. FINKELSTEIN, D.C. BAR #25560   JEFFREY A. TAYLOR, D.C. BAR #498610
Murthy Law Firm                        United States Attorney
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117
(410) 356-5440

                                       _____
                                       RUDOLPH CONTRERAS, D.C. BAR #434122
*Attorney for Plaintiff*               Assistant United States Attorney

                    /s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*